OPEN HERE

JUUL  5.0%

# JUUL®

**5.0%**
Nicotine Strength

VIRGINIA TOBACCO

2 JUULpods



The alternative for adult smokers

JUUL

Virginia Tobacco | 5.0% Nicotine Strength | 2 JUULpods

JUUL


Quality ingredients blended in the USA.

**Quality ingredients blended in the USA.**
Hardware manufactured in China.
Designed by Juul Labs, San Francisco, CA.

**Ingredients:** Glycerol, Propylene glycol, Nicotine, Benzoic acid, Flavor.
1 JUULpod contains ~ 0.7 ml with 5.0% nicotine by weight.

**TM & © 2020 JUUL Labs, Inc. All rights reserved.**
Protected by issued and/or pending US and international patents:
JUUL.com/ip

**CALIFORNIA PROPOSITION 65 WARNING:**
This product contains chemicals known to the state of California
to cause cancer and birth defects or other reproductive harm.

**Warning:**
Contains nicotine, which can be poisonous. Avoid contact
with skin and eyes. Do not drink. Keep out of reach of children
and pets. In case of accidental contact, seek medical help.
For more information, visit JUUL.com/info

**To reduce the risk of injury or illness:**
Only use authentic JUULpods manufactured by Juul Labs.
Do not refill JUULpods. Do not use JUULpods that appear
damaged or tampered with.

**Not for underage sale.**
Sale only allowed in the United States.

Rev A | 710-01434
JUULpods Model: PJ1001

8 19913 01519 9



**WARNING:**
This product contains nicotine. Nicotine is an addictive chemical.

 KE22SA06A

**WARNING:**
This product contains nicotine. Nicotine is an addictive chemical.

