UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23588-FAM

Cristian Ali, individually and on behalf of
all others similarly situated,

                Plaintiff,

v.

7-Eleven, Inc., a Texas corporation,

                Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Spencer Sheehan of the law firm of Sheehan & Associates P.C., located at 60 Cuttermill Road, Suite 409, Great Neck, New York, Tel. No. (516) 268-7080, for purposes of appearance as co-counsel on behalf of Cristian Ali, Plaintiff, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Spencer Sheehan to receive electronic filings in this case, and in support thereof states as follows:

      1.     Spencer Sheehan is not admitted to practice in the Southern District of Florida and is a member in good standing of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department.

      2.     Movant, Joel Oster, Of Counsel, Law Offices of Howard W. Rubinstein, located at 22052 W. 66th Street, #192, Shawnee, Kansas, Tel. No. (913) 206-7575, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall

be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Spencer Sheehan, has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Spencer Sheehan, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Spencer Sheehan at spencer@spencersheehan.com.

WHEREFORE, Joel Oster, moves this Court to enter an Order, Spencer Sheehan to appear before this Court on behalf of Cristian Ali, Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Spencer Sheehan.

Dated: October 21, 2021

Respectfully submitted,

Law Offices of Howard W. Rubinstein
/s/Joel Oster
Joel Oster
joel@joelosterlaw.com
22052 W. 66th St., #192
Shawnee, KS 66226
Tel: (913) 206-7575

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23588-FAM

Cristian Ali, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

7-Eleven, Inc., a Texas corporation,

       Defendant.
_____/

## CERTIFICATION OF SPENCER SHEEHAN

  Spencer Sheehan, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Appellate Division of the Supreme Court of the State of New York, Second Judicial Department; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                  /s/ Spencer Sheehan
                  Spencer Sheehan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23588-FAM

Cristian Ali, individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

7-Eleven, Inc., a Texas corporation,

  Defendant.

             /

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Spencer Sheehan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Spencer Sheehan, may appear and participate in this action on behalf of Cristian Ali, Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Spencer Sheehan, at spencer@spencersheehan.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

                            _____
                            United States District Judge

Copies furnished to: All Counsel of Record