UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23588-CIV-MORENO**

Cristian Ali, individually and on behalf of all
others similarly situated,

        Plaintiff,

vs.

7-Eleven, Inc., a Texas Corporation,

        Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. On January 18, 2022, the Court issued an Order to Show Cause why the complaint in this case was not served in compliance with Federal Rule of Civil Procedure 4(m). As of the date of this Order, Plaintiff has not responded to the Court's Order nor has a return of service been docketed. It appears that Plaintiff filed the complaint on October 13, 2021, and service of the summons and complaint has not been executed as of the date of this Order. Therefore, it is **ADJUDGED** that this case is DISMISSED without prejudice for failure to serve the complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 of January, 2022.

                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record