UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION
    Ali v. 7-Eleven, Inc.,
        S.D. Florida, C.A. No. 1:21-23588              MDL No. 2913

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 27, 2022, HEARING SESSION ORDER**

    A conditional transfer order was filed in this action (*Ali*) on October 20, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Ali* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Ali* was dismissed without prejudice by the Honorable Federico A. Moreno in an order filed on January 26, 2022.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-75" filed on October 20, 2021, is VACATED.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2021, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel